### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-922-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CREE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANTS' MOTION TO TRANSFER VENUE TO
### THE MIDDLE DISTRICT OF NORTH CAROLINA

Defendant Cree, Inc. ("Defendant") respectfully moves to transfer this action pursuant to 28 U.S.C. §1404(a) to the Middle District of North Carolina. As established in Defendant's opening brief in support of this motion, the Middle District of North Carolina is the most convenient venue for litigation of this action.

Counsel for Defendant contacted counsel for Plaintiff regarding this Motion. Plaintiff will oppose this Motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Blaney Harper
Garfield B. Simms
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939

Brian M. Poissant
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939

Lynne Borchers
Peter Siddoway
MYERS BIGEL SIBLEY & SAJOVEC P.A.
4140 Parklake Ave, Suite 600
Raleigh, NC 27612
Tel: (919) 854-1400

Dated: September 7, 2012
1073610 / 39395

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant Cree, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 7, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 7, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Brian E. Farnan | Daniel A. Ladow |
| Farnan LLP | Timothy P. Heaton |
| 919 N. Market Street, 12th Floor | Robert A. Angle |
| Wilmington, DE  19801 | Troutman Sanders |
| bfarnan@farnanlaw.com | The Chrysler Building |
| | 405 Lexington Avenue |
| | New York, NY  10174 |
| | Daniel.ladow@troutmansanders.com |
| | Timothy.heaton@troutmansanders.com |
| | Robert.angle@troutmansanders.com |

By:   */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       Bindu A. Palapura
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com
        bpalapura@potteranderson.com

1071283/39395