## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-922-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| CREE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered Defendants' Motion To Transfer Venue To The Middle District of North Carolina;

IT IS HEREBY ORDERED this _____ day of _____, 2012 that the Motion is GRANTED.

_____
CHIEF JUDGE

1073610/39395