IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. FRED SCHUBERT, | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-922-GMS |
| CREE, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

**DECLARATION OF ROSEMARY J. PIERGIOVANNI
IN SUPPORT OF E. FRED SCHUBERT'S ANSWERING BRIEF
<u>IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER</u>**

I, Rosemary J. Piergiovanni, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am one of the attorneys representing Plaintiff, E. Fred Schubert, in this action. I submit this declaration in support of E. Fred Schubert's Answering Brief In Opposition To Defendant's Motion To Transfer Venue To The Middle District Of North Carolina. I make this declaration based upon personal knowledge of which I am competent to testify.

2. A true and correct copy of a webpage entitled "Licensing" from Cree Inc.'s website found at http://www.cree.com/about-cree/licensing is attached hereto as Exhibit 1.

3. A true and correct copy of Cree Inc.'s August 7, 2012 press release entitled, "Cree Reports Financial Results for the Fourth Quarter and Fiscal Year 2012" found at http://investor.cree.com/releasedetail.cfm?ReleaseID=698782 is attached hereto as Exhibit 2.

4. A true and correct copy of excerpts from the Form 10-K filed by Cree, Inc. for the fiscal year ending June 24, 2012 is attached hereto as Exhibit 3.

5. A true and correct copy of an offer to sell "Ecosmart Powered by Cree LED 6 inch Bulb Recessed Light" found at http://www.amazon.com/Ecosmart-Powered-Recessed-Light-Dimmable/dp/B004OP84RS is attached hereto as Exhibit 4.

6. A true and correct copy of an offer to sell Cree Inc.'s "EcoSmart 6 in. 9.5-Watt LED Downlight(E)" found at http://www.homedepot.com/h_d1/N-5yc1v/R-202240932/h_d2/ProductDisplay?catalogId=10053&langId=-1&keyword=ecosmart+cree&storeId=10051#.UEyPlo1mQUo is attached hereto as Exhibit 5.

DATED: September 24, 2012                 /s/ Rosemary J. Piergiovanni
                                          Rosemary J. Piergiovanni