UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| E. Fred Schubert,<br><br>       Plaintiff,<br><br>vs.<br><br>CREE, INC.,<br><br>       Defendant. | C.A. No. 12-922-GMS |

## **STIPULATED DISMISSAL**

WHEREAS, on July 18, 2012, Professor Schubert commenced this action against Cree, Inc. for infringement of U. S. Patent No. 6,294,475 (D.I. 1);

WHEREAS, on September 7, 2012 Cree filed its Answer along with a Motion to Transfer (D.I. 8, 10);

WHEREAS Professor Schubert and Cree wish to resolve their disputes without the necessity of further litigation.

NOW, THEREFORE, the parties to this action hereby stipulate to dismiss this case with prejudice as follows based on a confidential settlement agreement between the parties that has been fully executed.

Based on this stipulation, the Court hereby ORDERS, DECREES, and ADJUDGES as follows:

    1.    All claims in this action are hereby dismissed with prejudice.

2. This Court has jurisdiction over the parties and over the subject matter of this dispute and shall retain continuing subject matter and personal jurisdiction for the purposes of construing or enforcing the terms of this Stipulated Dismissal and the parties' confidential settlement agreement, or for resolving any dispute arising thereunder.

3. Each party shall bear its own costs and disbursements.

4. There shall be no appeal herefrom.

Respectfully submitted,

DATED: May 3, 2013          FARNAN LLP

By /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
Rosemary J. Piergiovanni (Bar No. 3655)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300

Daniel A. Ladow (admitted *pro hac vice*)
Timothy P. Heaton (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, NY 10174
(212) 704-6000

Robert A. Angle (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-1200

Attorneys for Plaintiff E. Fred Schubert

DATED: May 3, 2013      POTTER ANDERSON & CORROON

By /s/ David E. Moore
    Richard L. Horwitz (Bar No. 2246)
    David E. Moore (Bar No. 3983)
    Bindu A. Palapura (Bar No. 5370)
    Hercules Plaza 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000

Blaney Harper (admitted *pro hac vice*)
Garfield B. Simms (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939

Brian M. Poissant (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939

Lynne Borchers (admitted *pro hac vice*)
Peter Siddoway (admitted *pro hac vice*)
MYERS BIGEL SIBLEY & SAJOVEC P.A.
4140 Parklake Ave, Suite 600
Raleigh, NC 27612
Tel: (919) 854-1400

Attorneys for Defendant CREE, INC.

SO ORDERED:

_____
Chief United States District Judge Gregory M. Sleet

Dated: May___, 2013